**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TED JACKSON, SR., : | No. 3:12cv1903 |
|         Plaintiff  : | |
|             : | (Judge Munley) |
| v.            : | |
|             : | |
| DALLAS SCHOOL DISTRICT, : | |
| CATHERINE WEGA, MAUREEN : | |
| B. MATISKA, KAREN B. KYLE, : | |
| LARRY G. SCHULER, : | |
| DR. RICHARD G. COSLETT : | |
| and CHARLES M. PREECE, : | |
|         Defendants : | |

## ORDER

**AND NOW**, to wit, this 21st day of July 2015, the defendants' motion for summary judgment (Doc. 33) is **GRANTED** in part and **DENIED** in part. It is granted as unopposed with regard to plaintiff's free speech claims, and it is granted with respect to punitive damages against the school district and the defendants in their official capacities. It is denied in all other respects.

                                                    **BY THE COURT:**

                                                    **s/ James M. Munley**

                                                    **JUDGE JAMES M. MUNLEY
                                                    United States District Court**